# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0696
LT Case No. 2022-31730-CICI

_____

KISIK AERIAL SURVEY, INC.,

    Appellant,

    v.

AIR AMERICA FLIGHT CENTER,
LLC,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Keith P. Arago, of Bogin, Munns, & Munns, P.A., Orlando, for
Appellant.

Matthew T. Jackson, Edward J. Brown, and Christian J. Lake, of
Brennan Manna Diamond, Jacksonville, for Appellee.

July 2, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and KILBANE, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––